UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SCOTT LANCASTER,

    Plaintiff,

v.                                Case No. 3:18-cv-728-MCR

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE
FARM FIRE & CASUALTY COMPANY,

    Defendants.
_____/

## ORDER

Pursuant to the parties' Stipulated Notice of Voluntary Dismissal with Prejudice (Doc. 17), this case is **DISMISSED with prejudice**. *See* Fed.R.Civ.P. 41(a)(1)(A)(ii). Each party shall bear his/its own attorney's fees and costs. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, on March 20, 2019.

                                            MONTE C. RICHARDSON
                                            UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record